IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEITH ROBERTSON                *
                               *
v.                             *
                               *   Civil Action No. WMN-11-1035
DEBRA HURST                    *
                               *
   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## MEMORANDUM AND ORDER

Plaintiff, proceeding pro se, filed this action to contest a levy against his wages initiated by the Internal Revenue Service.  On October 6, 2011, this Court dismissed the Complaint on a number of grounds.  See ECF No. 12.  Plaintiff has filed a motion asking for reconsideration of that decision, ECF No. 14, continuing to argue that his federal income tax liability for the years 1997, 1998, and 1999 was discharged in his 2001 bankruptcy case.  The Court denied that motion on January 3, 2012.  See ECF No. 18.

Plaintiff then filed a "Motion to Amend and Alter Judgement," ECF No. 19, followed shortly thereafter by an "Amend Motion to Amend and Alter Judgement to Release Lien."  ECF No. 20.  These pleadings raise essentially the same arguments raised in Plaintiff's prior pleadings and addressed in this Court's prior decisions.  Accordingly, for the reasons stated in this Court's previous memoranda, it is this 3rd day of April, 2012,

by the United States District Court for the District of Maryland, ORDERED:

(1) That Plaintiff's "Motion to Amend and Alter Judgement," ECF No. 19, and "Amend Motion to Amend and Alter Judgement to Release Lien," ECF No. 20 are DENIED; and

(2) That the Clerk of the Court shall mail or transmit a copy of this Memorandum and Order to Plaintiff and all counsel of record.

_____/s/_____
William M. Nickerson
Senior United States District Judge